DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-6982
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Nos. CR20-450 (EMC) and CR20-451 (EMC) |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JANUARY 27, 2021 THROUGH MARCH 10, 2021** |
| v. | ) | |
| JUVENCIO GAMEZ CID, CRISTIAN ALVARADO, | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| JUVENCIO GAMEZ CID, JOSE ALFREDO VILLALOBOS CISNEROS, | ) | |
| Defendants. | ) | |

The parties appeared before the Court on January 27, 2021 for a status conference. The government reported on the status of discovery and requested that the Court appoint a discovery coordinator for these two matters and the related cases. The Court indicated that it would appoint a discovery coordinator. The next appearance in these two matters was scheduled for March 10, 2021. The

1  parties agreed that time should be excluded under the Speedy Trial Act from January 27, 2021 through
2  March 10, 2021 for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv). The Court directed
3  the government to submit a proposed order.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth above and for the reasons stated on the record, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from January 27, 2021 through March 10, 2021, is warranted and that the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defendants the effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS HEREBY ORDERED THAT the time from January 27, 2021 through March 10, 2021 shall be excluded from computation under the Speedy Trial Act.

DATED: January 29, 2021

_____
HON. EDWARD M. CHEN
United States District Judge